IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOSEPH FRANK LEE,

    Plaintiff,

v.                                                          CASE NO. 1:11-cv-00027-MP-GRJ

ALACHUA COUNTY, et al,

    Defendants.

_____/

## O R D E R

Presently before the Court is Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* (IFP). (Doc. 2). The motion is accompanied by inmate account information and an Inmate Consent Form, which is completed, but not signed by a jail official. Based on the information provided, it appears that an initial partial payment may be required before this matter can proceed. In order to proceed Plaintiff must have a prison or jail official sign and certify to the account information before the fee can be assessed accurately.

Accordingly, it is **ORDERED:**

1. The Clerk shall mail to Plaintiff a blank Inmate Consent Form, which Plaintiff shall sign, complete, and return no later than **March 3, 2011**, with the certification and signature of a jail official. The Court will reserve ruling on the pending motion for IFP until the consent form is returned.

2.  Failure to comply with this Order within the time allotted will result in a recommendation to the district judge that this cause be dismissed for failure to prosecute and for failure to comply with orders from this Court.

**DONE AND ORDERED** this 17th day of February, 2011.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge