IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOSEPH FRANK LEE,

      Plaintiff,

v.                                CASE NO. 1:11-cv-00027-MP-GRJ

ALACHUA COUNTY, et al,

      Defendants.

_____/

## O R D E R

Pending before the Court is "Plaintiff's Motion for Extension of Time by which to Amend his Inmate Consent Form." (Doc. 7). Plaintiff requests an additional fifteen (15) days to return the completed, signed form. Upon due consideration, Plaintiff's motion (Doc. 7) is **GRANTED**. Plaintiff shall have through **March 16, 2011** to file the Inmate Consent Form.

      **DONE AND ORDERED** this 1st day of March, 2011.


*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge