IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOSEPH FRANK LEE,

    Plaintiff,

v.                                        CASE NO. 1:11-cv-00027-MP -GRJ

ALACHUA COUNTY, ALACHUA COUNTY COMMISSIONERS, SADIE DARNELL, PRISON HEALTH SERVICES, ROBERT WOODY,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 16, Motion to Extend Time by Joseph Frank Lee. Plaintiff, moves the Court for a fourteen day extension of time to file objections to the Magistrate Judge's report and recommendation. Plaintiff states that he has limited access to the law library. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The motion to extend time to file objections, Doc. 16, is GRANTED.

2.     Plaintiff may file objections to the report and recommendation on or before June 17, 2011.

**DONE AND ORDERED** this   *23rd* day of May, 2011

                              *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge