IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOSEPH FRANK LEE,

    Plaintiff,

v.                                             CASE NO. 1:11-cv-00027-MP-GRJ

ALACHUA COUNTY, ALACHUA COUNTY COMMISSIONERS, SADIE DARNELL, PRISON HEALTH SERVICES, ROBERT WOODY,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 14, Report and Recommendation of the Magistrate Judge, which recommends that Plaintiff's Complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted. Plaintiff timely objected to the Magistrate Judge's Report and Recommendation. Doc. 19. This Court reviews objected-to material *de novo*.

Plaintiff seeks compensatory and punitive damages under 42 U.S.C. § 1983, alleging that Defendants violated his substantive due process rights. Specifically, Plaintiff argues that, by repeatedly disregarding his requests for trips to the medical department, Defendants demonstrated a deliberate indifference to his serious medical needs. However, upon Plaintiff's request for medical treatment, corrections officers working for the Alachua County Jail contacted the medical department concerning his symptoms and administered treatment as instructed. Generally, an inmate who receives a medical diagnosis and care, but desires a different diagnosis or treatment, cannot show deliberate indifference. *See Hamm v. DeKalb Cnty.*, 774 F.2d 1567, 1575 (11th Cir. 1985). The Magistrate Judge was correct to construe

Plaintiff's Complaint as a disagreement over the adequacy of the medical treatment provided, rather than as a claim of deliberate indifference. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 14, is ACCEPTED and incorporated herein.

2. Plaintiff's Complaint, Doc. 1, is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

**DONE AND ORDERED** this   *22nd* day of June, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge